B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Van Noort, Robert** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **6134** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**20519 Abbey Drive**<br>**Frankfort, IL**<br>ZIPCODE **60423** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)                                                                                                           Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Van Noort, Robert** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X  */s/ Karen Walin*                                  2/21/12 <br> _Signature of Attorney for Debtor(s)_                        _Date_ |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)                                                                                                            Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Van Noort, Robert |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert Van Noort**
Signature of Debtor                        **Robert Van Noort**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**February 21, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Attorney*

X **/s/ Karen Walin**
Signature of Attorney for Debtor(s)

**Karen Walin 6192832**
**Chicago Legal, LLC**
**3833 S. Harlem Ave.**
**Berwyn, IL  60402-0000**
**(708) 795-7000  Fax: (708) 788-8942**
**kwalin@chicagolegalllc.com**

**February 21, 2012**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any,  of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X
Signature

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                          Case No. _____

**Van Noort, Robert**                                          Chapter **7** _____

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Robert Van Noort*** _____

Date: **February 21, 2012** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Van Noort, Robert                                          Chapter **7**
_____
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 750,000.00 | | |
| B - Personal Property | Yes | 3 | $ 8,810.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 2,321,314.04 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 115,357.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | $ 2,470,456.45 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,275.00 |
| TOTAL | | 39 | $ 758,810.00 | $ 4,907,127.49 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                        Case No. _____

**Van Noort, Robert** _____ Chapter **7** _____

                   Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 115,357.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 115,357.00 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 3,275.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 0.00 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ 1,571,314.04 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 115,357.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ 0.00 |
| 4. Total from Schedule F | | | $ 2,470,456.45 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ 4,041,770.49 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE Van Noort, Robert _____    Case No. _____
                    Debtor(s)                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **20519 Abbey Drive, Frankfort, IL  60423 single family residence** | **Fee Simple** | **J** | **750,000.00** | **2,321,314.04** |
| | | **TOTAL** | **750,000.00** | |

(Report also on Summary of Schedules)

© 1983-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE <u>Van Noort, Robert</u>
Debtor(s)

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **cash** | | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods and furnishings located at 20519 Abby Drive, Frankfort, Illinois:  7 plasma televisions; kitchen appliances; living room, dining room, family room and bedroom furniture; arcade games; pool furniture; hot tub.** | | 8,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Debtor's personal clothing** | | 800.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1983-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE  Van Noort, Robert

                  Debtor(s)                                      Case No. _____
                                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

© 1983-2011 EZ-Filing, Inc; [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) -- Cont.

IN RE **Van Noort, Robert** _____    Case No. _____
                           Debtor(s)                                            (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **8,810.00** |

© 1983-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/10)

IN RE **Van Noort, Robert** _____    Case No. _____
                              Debtor(s)                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:            ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
  ☐ 11 U.S.C. § 522(b)(2)
  ☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **cash** | **735 ILCS 5 §12-1001(b)** | **10.00** | **10.00** |
| **Household goods and furnishings located at 20519 Abby Drive, Frankfort, Illinois:  7 plasma televisions; kitchen appliances; living room, dining room, family room and bedroom furniture; arcade games; pool furniture; hot tub.** | **735 ILCS 5 §12-1001(b)** | **3,990.00** | **8,000.00** |
| **Debtor's personal clothing** | **735 ILCS 5 §12-1001(a)** | **800.00** | **800.00** |

© 1983-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B6D (Official Form 6D) (12/07)

IN RE Van Noort, Robert
_____
Debtor(s)                  (If known)

Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6506504026316** <br><br> **Harris NA** <br> **111 W Monroe St** <br> **Chicago, IL  60603-4095** | | | **Mortgage on 20519 Abbey Drive, Frankfort, Il  60423** <br><br><br> VALUE $ **750,000.00** | | | | **500,000.00** | |
| ACCOUNT NO. <br><br> **US Bank National Association** <br> **C/O Pierce & Associates** <br> **1 N Dearborn** <br> **Chicago, IL  60602** | | | **first mortgage on 20519 Abbey Drive, Frankfort, IL 60423** <br> **Principal amount $1,500,000.00** <br> **Judgment amount $1,821,314.04** <br><br> VALUE $ **750,000.00** | | | | **1,821,314.04** | **1,571,314.04** |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |

____**0**____ continuation sheets attached

| | Subtotal <br> (Total of this page) | $ **2,321,314.04** | $ **1,571,314.04** |
|---|---|---|---|
| | Total <br> (Use only on last page) | $ **2,321,314.04** | $ **1,571,314.04** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Van Noort, Robert
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____1____ continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  Van Noort, Robert

|   Debtor(s)   | Case No. _____ |
|---|---|
|   | (If known) |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Illinois Depart Of Employment Security<br>33 S State Street<br>Chicago, IL  60680** | | | **contribution due from Van Noort & Associates** | | | | **unknown** | | |
| ACCOUNT NO.<br>**Illinois Department Of Revenue<br>PO Box 19035<br>Springfield, IL  62794-9035** | | | **personal liability for payroll taxes for 2009-2012 for Van Noort & Associates<br>Tax exceeding $8189** | | | | **unknown** | | |
| ACCOUNT NO.<br>**Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA  19101-7346** | | | **potential personal liability for payroll taxes for Van Noort & Associ. for the years 2009 - 2010** | | | X | **115,357.00** | **115,357.00** | |
| ACCOUNT NO.<br>**Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA  19101-7346** | | | **2008 to 2011 income taxes notice received aggregating $83,178.59** | | | X | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __**1**__ of __**1**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims    Subtotal (Totals of this page) | $ **115,357.00** | $ **115,357.00** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **115,357.00** | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **115,357.00** | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE <u>Van Noort, Robert</u>
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**A And D Window Cleaning**<br>**8810 Robin Ct**<br>**Hickory Hills, IL  60457** | | | | | | | **831.00** |
| ACCOUNT NO.<br><br>**ABC Amega Inc**<br>**1100 Main St**<br>**Buffalo, NY  14209** | | | **debt of Van Noort and Associates** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Accounts Recovery Bureau Inc**<br>**Re St Margaret Mercy**<br>**P O Box 6768**<br>**Wyomissing, PA  19610** | | | | | | | **266.00** |
| ACCOUNT NO.<br><br>**Accurate Document Destruction Inc**<br>**2500 Landmeir Rd**<br>**Elk Grove Village, IL  60007** | | | **debt of Van Noort and Associates** | | | | **0.00** |

____**26** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | **1,097.00** |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  Van Noort, Robert
_____
         Debtor(s)                                    Case No. _____
                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Advanta Business Cards C/O Phillips & Cohen Assoc Ltd 1002 Justison St Wilmington, DE 19801** | | | **debt of Van Noort & Asssoc. PC** | | | | **47,846.50** |
| ACCOUNT NO. **Advocate South Suburban Hospital Patient Financial Services P O Box 129 Lombard, IL 60148** | | | | | | | **1,182.00** |
| ACCOUNT NO. **Afni Inc Re Direct TV P O Box 3517 Bloomington, IL 61702-3517** | | | | | | | **1,104.00** |
| ACCOUNT NO. **All About Plumbing 1705 Wispering Oaks Plainfield, IL 60586** | | | | | | | **235.00** |
| ACCOUNT NO. **Aloha Cleaning Services Inc 25621 S Dixie Hwy Unit 4 Crete, IL 60417** | | | | | | | **250.00** |
| ACCOUNT NO. **Amalfi Group Inc P O Box 1655 Lake Ozark, MO 65049** | | | | | | | **361.00** |
| ACCOUNT NO. **Ameren UE Connecting Missouri P O Box 66529 Saint Louis, MO 63166** | | | | | | | **92.00** |

Sheet no. ___**1**___ of ___**26**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **51,070.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Noort, Robert
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American Express Bank Fsb**<br>**C/O Blitt & Gaines P C**<br>**661 Glenn Ave**<br>**Wheeling, IL  60090** | | | | | | | **2,391.58** |
| ACCOUNT NO.<br>**AMO Recoveries**<br>**Re Assoc In Professional Counseling**<br>**P O Box 926100**<br>**Norcross, GA  30010** | | | | | | | **640.00** |
| ACCOUNT NO.<br>**Amsher Collection**<br>**Mainstreet Acquisition Corp**<br>**600 Beacon Pkwy W Ste 300**<br>**Birmingham, AL  35209-3114** | | | **additional notice** | | | | **0.00** |
| ACCOUNT NO.<br>**Arnold Scott Harris P C**<br>**For Nicor Gas**<br>**222 Merchandise Mart Plaza Ste 1932**<br>**Chicago, IL  60654** | | | **for utility to Ridge Professional Center**<br>**Subject to Setoff** | X | | | **0.00** |
| ACCOUNT NO.<br>**AT And T Mobility**<br>**P O Box 6428**<br>**Carol Stream, IL  60197** | | | **debt of American Secure Storage LLC and Van Noort and Associates** | | | | **0.00** |
| ACCOUNT NO.<br>**Atradius Collections Inc**<br>**1200 Arlington Heights Rd Suite 410**<br>**Itsca, IL  60143** | | | **debt of Van Noort and Associates** | | | | **0.00** |
| ACCOUNT NO.<br>**Autobahn Country Club**<br>**3795 South Patterson Rd**<br>**Joliet, IL  60436** | | | | | | | **10,813.00** |

Sheet no. **2** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **13,844.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Van Noort, Robert
_____
Debtor(s)                                          Case No. _____
                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Automatit** <br> **5931 N Oracle Rd Suite 201** <br> **Tucson, AZ  85704** | | | debt of American Secure Storage LLC | | | | **0.00** |
| **ACCOUNT NO. xxx7788** <br> **Bank Of America** <br> **BK Dept** <br> **P O Box 15726** <br> **Wilmington, DE  19886-5026** | | | credit card | | | | **41,828.43** |
| **ACCOUNT NO.** <br> **Berkley Appliance Inc** <br> **332 Miller St** <br> **Beecher, IL  60401** | | | | | | | **460.00** |
| **ACCOUNT NO.** <br> **Berkley Net Underwriters** <br> **P O Box 535080** <br> **Atlanta, GA  30353** | | | debt of American Secure Storage LLC | | | | **0.00** |
| **ACCOUNT NO.** <br> **Biehl And Biehl Inc** <br> **P O Box 87410** <br> **Carol Stream, IL  60188** | | | debt of Van Noort and Associates | | | | **0.00** |
| **ACCOUNT NO.** <br> **Bills Lawn Maintenance And Landscaping** <br> **P O Box 662** <br> **Frankfort, IL  60423** | | | Services for American Secure Storage | | | | **4,017.00** |
| **ACCOUNT NO.** <br> **Blue Moon Marina And Yacht Club** <br> **P O Box 1149** <br> **Osage Beach, MO  65065** | | | | | | | **688.00** |

Sheet no. ___3___ of ___26___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **46,993.43**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Noort, Robert
_____
Debtor(s)                                  Case No. _____
                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Boss Electric Inc**<br>**16020 Suntone Dr Unit A**<br>**South Holland, IL  60473** | | | **debt of American Secure Storage LLC** | | | | **0.00** |
| ACCOUNT NO.<br>**Brennan And Clark Ltd**<br>**721 E Madison Suite 200**<br>**Villa Park, IL  60181** | | | **debt of Van Noort and Associates** | | | | **0.00** |
| ACCOUNT NO.<br>**Bruggeman, Hurst  Assoc., P.C.**<br>**20012 Wolf Road, Suite 200**<br>**Mokena, IL  60448** | | | **attorney's fees** | | | | **17,284.00** |
| ACCOUNT NO.<br>**Builders Heating And Cooling**<br>**4633 W 138th St**<br>**Crestwood, IL  60445** | | | | | | | **200.00** |
| ACCOUNT NO.<br>**Burke Costanza And Carberry LLP**<br>**9191 Broadway**<br>**Merriville, IN  46410** | | | **debt of American Secure Storage LLC and Van Noort and Associates** | | | | **0.00** |
| ACCOUNT NO.<br>**Butler Robbins And White LLC**<br>**Corporate Center**<br>**110 East Broward Boulevard Suite 1890**<br>**Fort Lauderdale, FL** | | | | | | | **79.00** |
| ACCOUNT NO.<br>**CAFS Financial Services**<br>**1146 N Main St**<br>**Lombard, IL  60148** | | | **debt of American Secure Storage LLC** | | | | **0.00** |

Sheet no. __4__ of __26__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **17,563.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Noort, Robert
_____
         Debtor(s)

Case No. _____
              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Camden County Collector Of Revenue**<br>**1 Court Circle Suite 4**<br>**Camdenton, MO  65020** | | | **real estate tax** | | | | **3,200.00** |
| ACCOUNT NO.<br><br>**Capital Management Services, LP**<br>**Re Chase**<br>**726 Exchange Street, Suite 700**<br>**Buffalo, NY  14210** | | | | | | | **42.00** |
| ACCOUNT NO.<br><br>**Caribbean Pools Inc**<br>**36 E Lincoln Highway**<br>**Schererville, IN  46375** | | | | | | | **689.00** |
| ACCOUNT NO.<br><br>**CB Services**<br>**P O Box 4127**<br>**Fort Walton BE, FL  32549** | | | | | | | **401.00** |
| ACCOUNT NO.<br><br>**CBE Group**<br>**Re Direct TV**<br>**PO Box 900**<br>**Waterloo, IA  50704** | | | | | | | **543.00** |
| ACCOUNT NO.<br><br>**CDA/Pontiac**<br>**Re Medical**<br>**415 E Main PO Box 213**<br>**Streator, IL  61364** | | | | | | | **757.00** |
| ACCOUNT NO.<br><br>**Charter One**<br>**480 Jefferson Blvd RJE 135**<br>**Warwick, RI  02886** | | | **debt of Van Noort and Associates** | | | | **0.00** |

Sheet no. __5__ of __26__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,632.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Noort, Robert
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Chase Auto Finance**<br>**National Recovery Group**<br>**P O Box 29505**<br>**Phoenix, AZ  85038-9505** | | | **deficiency for repossessed automobile** | | | | **26,315.00** |
| ACCOUNT NO.<br><br>**Clipper Magazine**<br>**3708 Hempland Rd**<br>**P O Box 610**<br>**Mountville, PA  17554** | | | **debt of American Secure Storage LLC** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Collection Professionals Inc**<br>**Re Rebecca J Crainsmith**<br>**723 First St**<br>**La Salle, IL  61301** | | | | | | | **472.00** |
| ACCOUNT NO.<br><br>**Com Ed**<br>**P O Box 6111**<br>**Carol Stream, IL  60197** | | | **debt of Ridge Professional Center LLC, American Secure Storage LLC** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Commercial Recovery Authority Inc**<br>**For LRH Property Maintenance**<br>**8309 Laurel Canyon Blvd #303**<br>**Sun Valley, CA  91352** | | | **for services rendered to Ridge Professional Center LLC**<br>**Subject to Setoff** | X | | | **0.00** |
| ACCOUNT NO.<br><br>**Crainsmith Family Medicine**<br>**19162 S 88th Ave**<br>**Mokena, IL  60448** | | | | | | | **406.00** |
| ACCOUNT NO.<br><br>**CRB**<br>**Re Automated Transaction**<br>**5834 Monroe St Suite A142**<br>**Sylvania, OH  43560** | | | | | | | **148.00** |

Sheet no. __6__ of __26__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 27,341.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Noort, Robert
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Credit Collection Services** <br> **Re Country Insurance And Financial Serv** <br> **Two Wells Ave Dept 9134** <br> **Newton, MA  02459** | | | | | | | **105.00** |
| ACCOUNT NO. <br> **Credit Collection Services** <br> **Re Quest Diagnostics** <br> **Two Wells Ave Dept 9134** <br> **Newton, MA  02459** | | | | | | | **30.00** |
| ACCOUNT NO. <br> **Credit Management Control, Inc.** <br> **Re Charter Communications** <br> **PO Box 1654** <br> **Green Bay, WI  54305-1654** | | | | | | | **88.00** |
| ACCOUNT NO. <br> **Creditors Discount And Audit Co** <br> **415 E Main St** <br> **P O Box 213** <br> **Streator, IL  61364** | | | | | | | **757.00** |
| ACCOUNT NO. <br> **Crestwood Group LLC** <br> **Re Orkin Pest Control RAC RSB** <br> **P O Box 22630** <br> **Cleveland, OH  44122** | | | | | | | **79.00** |
| ACCOUNT NO. <br> **Crowley & Lamb P C** <br> **350 N Lasatte St Ste 900** <br> **Chicago, IL  60654** | | | **additional notice for Harris NA and Harris Bank** | | | | **0.00** |
| ACCOUNT NO. <br> **CT Corporation** <br> **Chicago Corporate Service Center** <br> **208 South LaSalle St Suite 814** <br> **Chicago, IL  60604** | | | **registered agent for company** | | | | **0.00** |

Sheet no. ___7___ of ___26___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,059.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Noort, Robert
_____
          Debtor(s)                                              Case No. _____
                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Dekker Electirc**<br>**18230 Torrence Ave**<br>**Lansing, IL  60438** | | | **debt of American Secure Storage LLC** | | | | **0.00** |
| ACCOUNT NO.<br>**Delta Sleep Inc**<br>**3510 Hobson Rd Suite 202**<br>**Woodridge, IL  60139** | | | | | | | **633.00** |
| ACCOUNT NO.<br>**Department of Education**<br>**400 Maryland Ave SW**<br>**Washington, DC  20202** | | | **student loans for daughter** | | | | **40,768.00** |
| ACCOUNT NO.<br>**Dex**<br>**P O Box 660835**<br>**Dallas, TX  75266** | | | **debt of American Secure Storage LLC** | | | | **0.00** |
| ACCOUNT NO.<br>**Dex One**<br>**1615 Bluff City Highway**<br>**Bristol, TN  37620** | | | **debt of Van Noort and Associates** | | | | **0.00** |
| ACCOUNT NO.<br>**Directtv**<br>**P O Box 60036**<br>**Los Angeles, CA  90060-0036** | | | **debt of American Secure Storage LLC** | | | | **0.00** |
| ACCOUNT NO.<br>**Edward Hospital**<br>**801 South Washington St**<br>**Naperville, IL  60540** | | | | | | | **0.00** |

Sheet no. __8__ of __26__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **41,401.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Noort, Robert
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Expert Plan Inc**<br>**P O Box 62221**<br>**Baltimore, MD  21264** | | | **debt of Van Noort and Associates** | | | | 0.00 |
| ACCOUNT NO.<br><br>**First National Bank Of McHenry**<br>**P O Box 338**<br>**McHenry, IL  60051** | | | **debt of Van Noort and Associates** | | | | 0.00 |
| ACCOUNT NO.<br><br>**Franciscan St Margaret Health**<br>**2434 Interstate Plaza Dr Suite 2**<br>**Hammond, IN  46324** | | | | | | | 266.00 |
| ACCOUNT NO.<br><br>**Freedland Lorenzini & Assoc Ltd**<br>**For Royal Savings Bank**<br>**1900 Spring Rd Ste 501**<br>**Oak Brook, IL  60523** | | | **personal guaranty of debt of Van Noort & Associates P.C.** | | | | 464,630.99 |
| ACCOUNT NO.<br><br>**GC Services Limited Partnership**<br>**For IDES**<br>**6330 Gulfton**<br>**Houston, TX  77081** | | | **debt of American Storage Management** | | | | 0.00 |
| ACCOUNT NO.<br><br>**General Binding Corp**<br>**P O Box 71361**<br>**Chicago, IL  60694** | | | **debt of Van Noort and Associates** | | | | 0.00 |
| ACCOUNT NO.<br><br>**General Casualty Insurance Company**<br>**P O Box 3109**<br>**Milwaukee, WI  53201** | | | **debt of Ridge Professional Center LLC** | | | | 0.00 |

Sheet no. **9** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **464,896.99**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Van Noort, Robert
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Glencove Lake Of The Ozarks**<br>**P O Box 759**<br>**Lake Ozark, MO  65049** | | | | | | | **764.00** |
| ACCOUNT NO.<br>**Greene & Letts**<br>**For The Provident Bank**<br>**111 W Washington St Ste 1650**<br>**Chicago, IL  60602** | | | **judgment entered in Case No. 10 C 2507**<br>**personal guaranty for debt for WC Productions** | | | | **219,231.06** |
| ACCOUNT NO.<br>**Harris & Harris Ltd**<br>**Re Palos Community Hospital**<br>**222 Merchandise Mart**<br>**Chicago, IL  60654** | | | | | | | **150.00** |
| ACCOUNT NO. **0021310858**<br>**Harris Bank**<br>**PO Box 5043**<br>**Rolling Meadows, IL  60008** | | | **11/1/02**<br>**Mortgage**<br>**3043 Ridge Road, Lansing, IL 60438**<br>**property foreclosed 2011** | | | | **600,000.00** |
| ACCOUNT NO. **334909**<br>**Harris NA**<br>**111 W Monroe St**<br>**Chicago, IL  60603-4095** | | | **mortgage**<br>**8531 W 191st Street Mokena, Il  60448**<br>**owned by American Secure Storage 8531 LLC and**<br>**Indiana Limited Liability Company**<br>**Debtor personally guaranteed** | | | | **405,000.00** |
| ACCOUNT NO.<br>**Hartford Meiers Inc**<br>**1301 W 22nd St Suite 503**<br>**Oak Brook, IL  60523** | | | **debt of Van Noort and Associates** | | | | **0.00** |
| ACCOUNT NO.<br>**High Street Pharmacy**<br>**2320 High Street**<br>**Blue Island, IL  60406** | | | | | | | **35.00** |

Sheet no. **10** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **1,225,180.06**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Noort, Robert _____    Case No. _____
　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hinckley Springs<br>P O Box 660579<br>Dallas, TX 75266 | | | debt of Van Noort and Associates | | | | 0.00 |
| ACCOUNT NO.<br><br>Holland & Knight LLP<br>For MB Financial Bank NA<br>131 S Dearborn 3th FL<br>Chicago, IL 60603 | | | personal guaranty for American Secure Storage 8532 and Illinois limited liability company | | | | 0.00 |
| ACCOUNT NO.<br><br>Home Pages<br>P O Box 982<br>DeKalb, IL 60115 | | | debt of American Secure Storage LLC | | | | 0.00 |
| ACCOUNT NO.<br><br>Homewood Disposal Service Inc<br>1501 W 175th St<br>Homewood, IL 60430 | | | debt of Ridge Professional Center LLC | | | | 0.00 |
| ACCOUNT NO.<br><br>Houston Partners International<br>15508 W Bell Rd Suite 101 No 247<br>Surprise, AZ 85374 | | | debt of Van Noort and Associates | | | | 0.00 |
| ACCOUNT NO.<br><br>Howard & Howard Attorneys PLLC<br>For First National Bank Of McHenry<br>200 S Michigan Ste 1100<br>Chicago, IL 60603 | | | personal guaranty of debt of Van Noort & Associates PC | | | | 139,813.45 |
| ACCOUNT NO.<br><br>ICS Collection Service<br>Re Northwestern Med Faculty Foundation<br>P O Box 1010<br>Tinley Park, IL 60477-9110 | | | | | | | 1,221.00 |

Sheet no. __11__ of __26__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 141,034.45

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Van Noort, Robert
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Illinois Coffee Service Inc**<br>**1163 N Ellsworth**<br>**Villa Park, IL  60181** | | | **debt of American Secure Storage LLC** | | | | **0.00** |
| ACCOUNT NO. <br><br>**Illinois Depart Of Employment Security**<br>**33 S State Street**<br>**Chicago, IL  60680** | | | **debt of American Secure Storage LLC** | | | | **0.00** |
| ACCOUNT NO. <br><br>**Illinois Paper And Copier Co**<br>**6 Territorial Ct**<br>**Bolingbrook, IL  60440** | | | **debt of American Secure Storage LLC** | | | | **0.00** |
| ACCOUNT NO. <br><br>**ING Lam MD**<br>**P O Box 784**<br>**Tineley Park, IL  60477** | | | | | | | **390.00** |
| ACCOUNT NO. <br><br>**Ingalls Memorial Hospital**<br>**Correspondence Address**<br>**P O Box 5995**<br>**Peoria, IL  61601** | | | | | | | **1,069.00** |
| ACCOUNT NO. <br><br>**Jolas & Assoc**<br>**Re Surgical Specialists Sc**<br>**202 2st St NW P O Box 4000**<br>**Mason City, IA  50401** | | | | | | | **287.00** |
| ACCOUNT NO. <br><br>**Joliet Water Reconditioning**<br>**P O Box 2576**<br>**Joliet, IL  60434** | | | | | | | **75.00** |

Sheet no. **12** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,821.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Van Noort, Robert**
_____  Case No. _____
Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**JP Morgan Chase Bank**<br>**P O Box 24696**<br>**Columbus, OH  43224-4696** | | | **deficiency claim on repossessed 2008 Lincoln Truck** | | | | **7,000.00** |
| ACCOUNT NO. <br><br>**Judith A DeVriendt**<br>**10 S Chicago St Suite 100**<br>**Joliet, IL** | | | | | | | **740.00** |
| ACCOUNT NO. <br><br>**Kole Digital Systems Inc**<br>**10355 W Lincoln Highway**<br>**Frankfort, IL  60423** | | | | | | | **285.00** |
| ACCOUNT NO. <br><br>**Landscaping Illumination**<br>**304 E 316 North Unit B**<br>**Valparaiso, IN  46383** | | | | | | | **405.00** |
| ACCOUNT NO. <br><br>**Laraway Center LLC**<br>**750 Center Rd**<br>**Frankfort, IL  60423** | | | **debt of Van Noort and Associates** | | | | **0.00** |
| ACCOUNT NO. <br><br>**Last Chance Auto**<br>**8450 W 191st St**<br>**Mokena, IL  60448** | | | | | | | **271.00** |
| ACCOUNT NO. <br><br>**Liquidebt Systems Inc**<br>**29W Butterfield Rd Suite 102**<br>**Warrenville, IL  60555** | | | **debt of American Secure Storage LLC** | | | | **0.00** |

Sheet no. **13** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,701.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Van Noort, Robert
_____    Case No. _____
              Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**LKQ A Reliable**<br>**2247 W 139th St**<br>**Blue Island, IL  60406** | | | **debt incurred by Van Noort Auto** | | | | 0.00 |
| ACCOUNT NO.<br>**LRH Property Maintenance Inc**<br>**P O Box 552**<br>**Lansing, IL  60438** | | | **debt of Ridge Professional Center LLC** | | | | 0.00 |
| ACCOUNT NO.<br>**Marinemax East Inc**<br>**3070 Bagnell Dam Blvd**<br>**Lake Ozark, MO  65049** | | | | | | | 2,441.00 |
| ACCOUNT NO.<br>**Markoff Krasny LLC**<br>**For Video Max Inc**<br>**29 N Wacker Drive #550**<br>**Chicago, IL  60606** | | | **judgment entered on february 25, 2011** | | | | 32,547.63 |
| ACCOUNT NO.<br>**Mcm**<br>**8875 Acro Dr Ste 200**<br>**San Diego, CA  92123** | | | **original creditor HSBC Bank Nevada NA** | | | | 17,244.64 |
| ACCOUNT NO.<br>**McMahan & Sigunick Ltd**<br>**For Avaya Inc**<br>**412 S Wells St 6th Floor**<br>**Chicago, IL  60607** | | | **debt of Van Noort & Associates P.C.** | | | | 0.00 |
| ACCOUNT NO.<br>**McShanes Business Products And Solutions**<br>**1844 45th St**<br>**Munster, IN  46321** | | | **debt of Van Noort and Associates** | | | | 0.00 |

Sheet no. **14** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 52,233.27

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Van Noort, Robert
_____
                    Debtor(s)                                           Case No. _____
                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**MCSI**<br>**Re Village Of Harwood Heights**<br>**7330 College Dr**<br>**Palos Heights, IL  60463** | | | | | | | **100.00** |
| ACCOUNT NO.<br><br>**Medical Business Bureau**<br>**Re SSH Anesthesia**<br>**PO Box 1219**<br>**Park Ridge, IL  60068** | | | | | | | **326.00** |
| ACCOUNT NO.<br><br>**Medical Recovery Specialists Inc**<br>**Re Ingalls Memorial Hospital**<br>**2250 E Devon Ave Ste 352**<br>**Des Plaines, IL  60018-4519** | | | | | | | **791.00** |
| ACCOUNT NO.<br><br>**Medical Recovery Specialists Inc**<br>**Re Midwest Diagnostic Pathology**<br>**2250 E Devon Ave Ste 352**<br>**Des Plaines, IL  60018-4519** | | | | | | | **58.00** |
| ACCOUNT NO.<br><br>**Medicredit Inc**<br>**P O Box 411187**<br>**St Louis, MO  63141** | | | | | | | **287.00** |
| ACCOUNT NO.<br><br>**Midwest Hand Surgery SC**<br>**62025 Collections Center Dr**<br>**Chicago, IL  60693** | | | | | | | **173.00** |
| ACCOUNT NO.<br><br>**Millennium Leasing & Financial Serv**<br>**1146 N Main St**<br>**Lombard, IL  60148** | | | **personal guaranty on lease for American Storage Management LLC**<br>**collateral 1-2008 GEM 4 Door, 1-2008 Ford E330 Super Duty Truck and 1-2008 GEM 2 PSGR Series** | | | | **25,926.00** |

Sheet no. __**15**__ of __**26**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $   **27,661.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Noort, Robert

Debtor(s)                                                        Case No. _____
                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Ming T Lin MD** <br> **3235 Vollmer Rd No 142** <br> **Flossmoor, IL  60422** | | | | | | | **75.00** |
| ACCOUNT NO. <br> **Mira Med Revenue Group LLC** <br> **Dept 77304** <br> **P O Box 77000** <br> **Detroit, MI  48277-0304** | | | | | | | **6,412.00** |
| ACCOUNT NO. <br> **MSJM Inc** <br> **14746 Aster Lane** <br> **Homer Glen, IL  60491** | | | | | | | **400.00** |
| ACCOUNT NO. <br> **Murphy Lomon & Assoc** <br> **For Homewood Disposal Service Inc** <br> **P O Box 2206** <br> **Des Plaines, IL  60017-2206** | | | **services rendered to Van Noort Associates** | | | | **0.00** |
| ACCOUNT NO. <br> **MurphyLoman And Associates** <br> **P O Box 2206** <br> **Des Plaines, IL  60017** | | | **debt of Ridge Professional Center LLC** | | | | **0.00** |
| ACCOUNT NO. <br> **Nationwide Credit Inc** <br> **Re Direct TV** <br> **2015 Vaughn Rd NW Ste 400** <br> **Kennesaw, GA  30144** | | | | | | | **1,104.00** |
| ACCOUNT NO. <br> **Nicor Gas** <br> **Attn Bankruptcy Dept** <br> **P O Box 549** <br> **Aurora, IL  60507** | | | **Services for Ridge Professional Ctr, Van Noort and Assoc, and American Secure storage** | | | | **788.00** |

Sheet no. __16__ of __26__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,779.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Van Noort, Robert**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Northwestern Memorial Hospital**<br>**P O Box 73690**<br>**Chicago, IL  60673** | | | | | | | **6,262.00** |
| ACCOUNT NO.<br>**NuWay Disposal Service Inc**<br>**P O Box 9**<br>**Mokena, IL  60448** | | | **debt of American Secure Storage LLC** | | | | **0.00** |
| ACCOUNT NO.<br>**NW Collector**<br>**Re Medical**<br>**3601 Algonquin Rd**<br>**Rolling Meadows, IL  60008** | | | | | | | **728.00** |
| ACCOUNT NO.<br>**On The Move**<br>**P O Box 1137**<br>**Boerne, TX  78006** | | | **debt of American Secure Storage LLC** | | | | **0.00** |
| ACCOUNT NO.<br>**On Track Overhead Doors And Epoxy Floors**<br>**16606 W Cherry Creek Cout**<br>**Joliet, IL  60433** | | | | | | | **181.00** |
| ACCOUNT NO.<br>**Open Tech Alliance Inc**<br>**2501 W Dunlap Ave Suite 150**<br>**Phoenix, AZ  85021** | | | **debt of American Secure Storage LLC** | | | | **0.00** |
| ACCOUNT NO.<br>**Orkin Exterminating Inc**<br>**4201 W 36th St**<br>**Chicago, IL  60632** | | | **debt of Van Noort and Associates** | | | | **0.00** |

Sheet no. **17** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **7,171.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Noort, Robert
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Overpayment Recovery Services**<br>**Re Aetna**<br>**P O Box 291269**<br>**Nashville, TN 37229** | | | | | | | **388.00** |
| ACCOUNT NO.<br>**Palos Community Hospital**<br>**12251 S 80th Ave**<br>**Palos Heights, IL 60463** | | | | | | | **1,898.00** |
| ACCOUNT NO.<br>**Pem**<br>**9944 South Roberts Rd Suite 204**<br>**Palos Hills, IL 60465** | | | | | | | **490.00** |
| ACCOUNT NO.<br>**Phillips & Cohen Assoc**<br>**For Advanta Business Cards**<br>**Mail Stop 109 1002 Justison St**<br>**Wilmington, DE 19801** | | | **original creditor Advanta Business Cards for Van Noort And Assoc PC** | | | | **47,846.50** |
| ACCOUNT NO.<br>**Pierce Reisbeck And Assoc LLP**<br>**16W485 S Frontage Rd Suite 310**<br>**Burr Ridge, IL 60527** | | | **debt of Van Noort and Associates** | | | | **0.00** |
| ACCOUNT NO.<br>**Plaza Recovery Inc**<br>**Re JP Morgan Chase Bank**<br>**P O Box 18008**<br>**Hauppauge, NY 11788** | | | | | | | **42.00** |
| ACCOUNT NO.<br>**Plumbing Express Inc**<br>**9526 Corsair Rd**<br>**Frankfort, IL 60423** | | | | | | | **225.00** |

Sheet no. ___18___ of ___26___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **50,889.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Van Noort, Robert
_____
              Debtor(s)                                    Case No. _____
                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Pointe Pest Control** <br> **1275 Roosevelt Rd Suite 118** <br> **West Chicago, IL  60185** | | | | | | | 106.00 |
| ACCOUNT NO. <br><br> **Polar Heating And Air Conditioning Inc** <br> **13361 Southwest Highway Unit 2** <br> **Orland Park, IL  60462** | | | | | | | 39.00 |
| ACCOUNT NO. <br><br> **Powell And Martello PC** <br> **Oral Surgery Center** <br> **10241 West Lincoln Highway** <br> **Frankfort, IL  60423** | | | | | | | 543.00 |
| ACCOUNT NO. <br><br> **Praxis Financial Solutions** <br> **For HSBC Bank Nevada** <br> **7331 N Lincoln Ave Ste 8** <br> **Lincolnwood, IL  60712-1704** | | | **additional notice** <br> **original creditor HSBC Bank Nevada NA for GM Master Card** <br> **account sold to Main Street Acquisitions Corp Balance $16,353.00** | | | | 0.00 |
| ACCOUNT NO. <br><br> **Professional Counseling Service** <br> **17732 Oak Park Ave** <br> **Tineley Park, IL  60423** | | | | | | | 613.00 |
| ACCOUNT NO. <br><br> **Pronger Smith Clinic** <br> **2320 High Street** <br> **Blue Island, IL  60406** | | | | | | | 1,150.00 |
| ACCOUNT NO. <br><br> **Quill** <br> **P O Box 37600** <br> **Philadelphia, PA  19101** | | | **debt of American Secure Storage LLC** | | | | 0.00 |

Sheet no. **19** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **2,451.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Van Noort, Robert
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Radiology Imaging Consultants<br>9413 Eagle Way<br>Chicago, IL  60678** | | | | | | | **85.00** |
| ACCOUNT NO.<br>**Radiology Imaging Consultants<br>9413 Eagle Way<br>Chicago, IL  60678** | | | | | | | **43.00** |
| ACCOUNT NO.<br>**Receivable Management<br>3348 Ridge Rd<br>Lansing, IL  60438** | | | **debt of Ridge Professional Center LLC** | | | | **0.00** |
| ACCOUNT NO.<br>**Reids Fire And Safety Equipment<br>P O Box 204<br>Lansing, IL  60438** | | | **debt of Van Noort and Associates** | | | | **0.00** |
| ACCOUNT NO.<br>**Riverside Medical Ctr<br>Drs Mann And Ahmed<br>1905 W Court St<br>Kankakee, IL  60901** | | | | | | | **587.00** |
| ACCOUNT NO.<br>**Roeda Signs And Screentech<br>16931 S State St<br>South Holland, IL  60473** | | | **debt of American Secure Storage LLC** | | | | **0.00** |
| ACCOUNT NO.<br>**Rollins Service Bureau<br>P O Box 13230<br>Atlanta, GA  30324** | | | **debt of Van Noort and Associates** | | | | **0.00** |

Sheet no. _____**20**____ of _____**26**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **715.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Van Noort, Robert
_____          Case No. _____
                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Ross Gelfand LLC**<br>**Main Street Acquisition Corp**<br>**P O Box 1870**<br>**Roswell, GA  30077** | | | additional notice for the claim of Main Street Acqusision Corp | | | | 0.00 |
| ACCOUNT NO.<br><br>**Safeway Inc**<br>**P O Box 173795**<br>**Denver, CO  80217** | | | | | | | 25.00 |
| ACCOUNT NO.<br><br>**Sandrick Law Firm LLC**<br>**1581 Huntington Dr**<br>**Calumet City, IL  60409** | | | for services rendered in connection with 3043 Ridge Road, Lansing, IL | | | | 671.00 |
| ACCOUNT NO.<br><br>**Schwarz Supply Source**<br>**P O Box 75886**<br>**Chicago, IL  60675** | | | debt of American Secure Storage LLC | | | | 0.00 |
| ACCOUNT NO.<br><br>**Simon Galasso & Frantz LLC**<br>**For RBS Citizens NA D/B/A Charger One**<br>**1 S Dearbern Ste 2100**<br>**Chicago, IL  60603** | | | personal guaranty of debt of Van Noort & Associates PC<br>Judgment entered on March 11, 2011 | | | | 213,643.56 |
| ACCOUNT NO.<br><br>**SMD Software Inc**<br>**3000 Highwoods Blvd Suite 120**<br>**Raleigh, NC  27604** | | | debt of American Secure Storage LLC | | | | 0.00 |
| ACCOUNT NO.<br><br>**Southtownstar**<br>**6971 Paysphere Circle**<br>**Chicago, IL  60674** | | | debt of Van Noort and Associates | | | | 0.00 |

Sheet no. __21__ of __26__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  214,339.56

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Noort, Robert
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Southwest Credit<br>Re Comcast<br>4120 International Parkway Suite 1100<br>Carrolton, TX  75007** | | | | | | | **756.00** |
| ACCOUNT NO.<br>**Southwest Suburban Home Builders Assoc<br>10767 W 163rd Place<br>Orland Park, IL  60467** | | | **debt of Van Noort and Associates** | | | | **0.00** |
| ACCOUNT NO.<br>**Special Touch Cleaning Co<br>24150 Harvest Hills Rd<br>Frankfort, IL  60423** | | | | | | | **535.00** |
| ACCOUNT NO.<br>**St Margaret Mercy ER PHYS<br>P O Box 291805<br>Kettering, OH  45429** | | | | | | | **34.00** |
| ACCOUNT NO.<br>**State Farm Bank<br>PO Box 2328<br>Bloomington, IL  61702-2328** | | | | | | | **544.00** |
| ACCOUNT NO.<br>**Sterling Trust Company<br>P O Box 2526<br>Waco, TX  76702** | | | **debt of Van Noort and Associates** | | | | **0.00** |
| ACCOUNT NO.<br>**Sullivan Urgent Aid Centers LTD<br>Dept 20 6001<br>P O Box 5990<br>Carol Stream, IL  60197** | | | | | | | **290.00** |

Sheet no. ___22___ of ___26___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,159.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Noort, Robert
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9072**<br><br>**TBF Financial LLC**<br>**740 Waukegan Rd Suite 404**<br>**Deerfield, IL  60015** | | | original creditor Wells Faergo Financial Leasing Inc<br>personal guaranty on lease by American Storage Management LLC for Ricoh Aficio Copier | | | | **3,474.68** |
| ACCOUNT NO.<br><br>**Tech Credit Union**<br>**10951 Broadway**<br>**Crown Point, IN  46307** | | | | | | | **29.00** |
| ACCOUNT NO.<br><br>**The Grand Meridian Condo Owners Assoc**<br>**P O Box 520**<br>**Lake Ozark, MO  65049** | | | | | | | **5,481.00** |
| ACCOUNT NO.<br><br>**The Times**<br>**C/O Lee Newspapers**<br>**P O Box 742548**<br>**Cincinnati, OH  45274** | | | debt of Van Noort and Associates | | | | **0.00** |
| ACCOUNT NO.<br><br>**Thomas Solarworks**<br>**106 S Water St**<br>**Wilmington, IL  60481** | | | | | | | **249.00** |
| ACCOUNT NO.<br><br>**Tom Killoran Photography**<br>**11316 South Harlem Ave**<br>**Worth, IL  60482** | | | debt of American Secure Storage LLC | | | | **0.00** |
| ACCOUNT NO.<br><br>**Trace Ambulance Service Inc**<br>**8076 Solutions Center**<br>**Chicago, IL  60677** | | | | | | | **2,354.00** |

Sheet no. ___**23**___ of ___**26**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,587.68**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Noort, Robert
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Transworld Systems Inc**<br>**Re Oberweis Dairy**<br>**PO Box 12103**<br>**Trenton, NJ  08650** | | | | | | | **125.00** |
| ACCOUNT NO.<br>**Transworld Systems Inc**<br>**Re Southwest Fireplace**<br>**PO Box 12103**<br>**Trenton, NJ  08650** | | | | | | | **164.00** |
| ACCOUNT NO.<br>**TTS Granite**<br>**3995 Hleman Ave**<br>**Steger, IL  60475** | | | **debt of Heritage Development Group** | | | | **0.00** |
| ACCOUNT NO.<br>**United Collection Bureau Inc**<br>**Re Verizon**<br>**5620 Southwyck Blvd Ste 206**<br>**Toledo, OH  43614** | | | | | | | **1,264.00** |
| ACCOUNT NO.<br>**United Healthcare Services**<br>**Oldsmar Small Group**<br>**P O Box 740800**<br>**Atlanta, GA  30374** | | | | | | | **380.00** |
| ACCOUNT NO.<br>**Vallabh Patel Md**<br>**555 W Court St Suite 400**<br>**Kankakee, IL  60901** | | | | | | | **38.00** |
| ACCOUNT NO.<br>**Verizon Wireless**<br>**777 Big Timber Road**<br>**Elgin, IL  60123** | | | | | | | **1,036.00** |

Sheet no. __24__ of __26__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **3,007.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Noort, Robert
_____
            Debtor(s)                                    Case No. _____
                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Viking Collection Service Inc For Bank Of America 7500 Office Ridge Circle Eden Prairie, MN  55344-3678 | | | original creditor Bank of America XX7173 | | | | 41,828.43 |
| ACCOUNT NO.  Village Of Lansing 3141 Ridge Rd Lansing, IL  60438 | | | debt of Ridge Professional Center LLC | | | | 0.00 |
| ACCOUNT NO.  Village Of Mokena 1104 Carpenter St Mokena, IL  60448 | | | debt of American Secure Storage LLC | | | | 0.00 |
| ACCOUNT NO.  Weissmann Zucker Euster P C One Security Centre 3490 Piedmont Rd Suite 650 Atlanta, GA  30305 | | | debt of American Secure Storage LLC | | | | 0.00 |
| ACCOUNT NO.  Wells Fargo Financial PO Box 10475 Des Moines, IA  50306 | | | debt of American Secure Storage LLC | | | | 0.00 |
| ACCOUNT NO.  Wells Fargo Financial PO Box 10475 Des Moines, IA  50306 | | | possible deficiency on foreclosed condo | | | | 0.00 |
| ACCOUNT NO.  Wessels Sherman Dunham Center 2035 Foxfield Rd St Charles, IL  60474 | | | debt of Van Noort and Associates | | | | 0.00 |

Sheet no. __25__ of __26__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 41,828.43

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Van Noort, Robert**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**West Bend Mutual Insurance**<br>**1900 S 18th Ave**<br>**West Bend, WI  53095** | | | **debt of American Secure Storage LLC** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Yellowbook**<br>**P O Box 3162**<br>**Cedar Rapids, IA  52406** | | | **debt of American Secure Storage LLC** | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **26** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **2,470,456.45**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Van Noort, Robert**
_____        Case No. _____
                    Debtor(s)                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1983-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE __Van Noort, Robert_____    Case No. _____
                                Debtor(s)                                               (If known)

# SCHEDULE H - CODEBTORS

       Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1983-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE  Van Noort, Robert
_____                    _____
            Debtor(s)                                              Case No. _____
                                                                      (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Accountant** | |
| Name of Employer | **Van Noort & Associates, PC** | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | | $ _____ | $ _____ |
| 2. Estimated monthly overtime | | $ _____ | $ _____ |
| **3. SUBTOTAL** | | $          **0.00** | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|   a. Payroll taxes and Social Security | | $ _____ | $ _____ |
|   b. Insurance | | $ _____ | $ _____ |
|   c. Union dues | | $ _____ | $ _____ |
|   d. Other (specify) _____ | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | | $          **0.00** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | | $          **0.00** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ _____ | $ _____ |
| 8. Income from real property | | $ _____ | $ _____ |
| 9. Interest and dividends | | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) _____ | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| 12. Pension or retirement income | | $ _____ | $ _____ |
| 13. Other monthly income (Specify) _____ | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | | $ _____ | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | | $          **0.00** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)                          $ _____ **0.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Van Noort, Robert** _____    Case No. _____
                         Debtor(s)                                            (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ _____ |
|    a. Are real estate taxes included?   Yes _____ No ✓ | |
|    b. Is property insurance included?   Yes _____ No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ **1,400.00** |
|    b. Water and sewer | $ **100.00** |
|    c. Telephone | $ **125.00** |
|    d. Other _____ | $ _____ |
|    _____ | $ _____ |
| 3. Home maintenance (repairs and upkeep) | $ _____ |
| 4. Food | $ **450.00** |
| 5. Clothing | $ **50.00** |
| 6. Laundry and dry cleaning | $ **50.00** |
| 7. Medical and dental expenses | $ **150.00** |
| 8. Transportation (not including car payments) | $ **400.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ _____ |
| 10. Charitable contributions | $ _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ _____ |
|    b. Life | $ _____ |
|    c. Health | $ **550.00** |
|    d. Auto | $ _____ |
|    e. Other _____ | $ _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ _____ |
|    _____ | $ _____ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ _____ |
|    b. Other _____ | $ _____ |
|    _____ | $ _____ |
| 14. Alimony, maintenance, and support paid to others | $ _____ |
| 15. Payments for support of additional dependents not living at your home | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ |
| 17. Other _____ | $ _____ |
|    _____ | $ _____ |
|    _____ | $ _____ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.     $ **3,275.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ **0.00** |
|    b. Average monthly expenses from Line 18 above | $ **3,275.00** |
|    c. Monthly net income (a. minus b.) | $ **-3,275.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE  Van Noort, Robert _____    Case No. _____
                        Debtor(s)                                              (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **41** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February 21, 2012** _____    Signature: */s/ Robert Van Noort* _____

                                              **Robert Van Noort**                                  Debtor

Date: _____    Signature: _____

                                                                          (Joint Debtor, if any)
                                              [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                              _____
                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

IN RE: _____     Case No. _____

Van Noort, Robert _____     Chapter **7** _____
                        Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☑   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Harris NA vs. 18334 Holland Road, Illinois Limited Liability, Ridge Professional Center, Robert Van Noort,  2010 CH 17955** | **foreclosure of 3043 Ridge Road, Lansing, IL** | **In the Circuit Court of Cook County, Illinois** | **sale approved 1/25/2011, post judgment collection** |
| **Video Max Inc. vs. First Savings Bank and Robert Van Noort, 2011 M1 500661** | **Breach of contract for $31,345.01** | **In the Circuit Court of Cook County, Illinois First Municipal Division** | |
| **Harris NA vs. American Secure Storage 8531 et al, 10 Ch 02648** | | **In the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois** | **post judgment collection** |
| **MB Financial Bank NA vs. American Secure Storace 8531 et al, 10 CH 187** | | **In the Circuit Court for the Twelfph Judicial Circuit, Will County, Illinois** | |
| **Van Noort v. Van Noort** | **Dissolution of Marriage** | **In the Circuit Court for the Twelfth Judicial Circuit, Will County, IL** | **judgment entered** |
| **RBS Citizens NA d/b/a Charter One, 1:10cv07960** | | | |
| **Bruggeman, Hurst & Assoc., P.C. vs. Robert Van Noort, 10 AR 2243** | **collection** | **In the Circuit Court of teh Twelfth Judicial Circuit, Will County, IL** | **post judgment collection** |
| **US Bank National Association vs. Robert Van Noort et al, 10 CH 23** | **foreclosure of residence at 20519 Abbey Drive, Frankfort, IL** | **In the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois** | **default judgment entered 12/15/2011** |
| **American Express Bank FSB vs. Robert Van Noort, 11 SC 7195** | **collection** | **In the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois** | **return date 12/21/2011** |
| **The Provident Bank vs. WC Production LLC and Robert Van Noort and Deborah VanNoort10 C 2607** | **collection** | **In the United States District Court for the Northern District of Illinois** | **judgment entered, post judgment collection** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **JP Morgan Chase Bank** | **January 2011** | **2008 Lincoln Truck/$24,000.00** |

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Chicago Legal LLC**<br>**3833  S Harlem Ave**<br>**Berwyn, IL  60402** | **1/27/2012** | **2,194.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **First Savings Bank Of Hegewissh** | **checking** | **-0-/ 2011** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Van Noort & Associates, PC** | | **3043 Ridge Road Lansing, IL  60438** | **accounting practice** | **incorporated 4/23/1993 involuntary dissolution 9/9/2011** |
| **Maling Address is currently the Debtor's residence** | | | | |
| **Ridge Professional Center LLC** | | **3043 Ridge Road Lansing, IL  60438** | **Owner of 3043 Ridge Road** | **Incorporated 5/6/1999 involuntary dissolution11/10/2011** |
| **Property foreclosed on** | | | | |
| **American Secure Storage 8531 LLC** | | **57 Franklin Ste 203 Valparaiso, IN  46383-5670** | **Storage facility** | **incorporated 6/17/2005 revoked 12/9/2011** |
| **storage facility foreclosed on in 2010 or 2011** | | | | |
| **National Holding LP** | | | **Managing Co of American Secure Storage** | |
| **National Management Gorup, LLC** | | **3043 Ridge Road Lansing, IL  60438** | **owner of American Secure Storage** | **established 12/23/2002 involuntary dissolution 6/10/2011** |
| **current mailing address is the debtor's residence** | | | | |
| **American Storage Management, L.L.C.** | | **9550 Bormet Dr Ste 102 Mokena, IL  60448** | **Management company for American Secure Storage** | **established 2/15/2008 involuntary dissolution 8/12/2011** |
| **WC Promotions, LLC** | | | **owner of boat** | |

None ☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

☐

**NAME AND ADDRESS**

**Robert Van Noort**              **The books and records of all businesses are in the possession, custody**
**20519 Abbey Dr**                **and control of Robert Van Noort**
**Frankfort, IL  60448**

None d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued
☑ within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the
☑ dollar amount and basis of each inventory.

None b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☑

## 21. Current Partners, Officers, Directors and Shareholders

None a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☑

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls,
☑ or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement
☑ of this case.

None b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately
☑ preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
☑ bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this
case.

## 24. Tax Consolidation Group

None   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax
☑ purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☑ has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1983-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **February 21, 2012**          Signature   ***/s/ Robert Van Noort***
                                     of Debtor                                    **Robert Van Noort**

Date: _____        Signature _____
                                     of Joint Debtor
                                     (if any)

                              **0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1983-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Van Noort, Robert _____     Chapter **7** _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**2,500.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**2,194.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**306.00**

2.  The source of the compensation paid to me was:   ☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:   ☑ Debtor   ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**February 21, 2012**_____     **/s/ Karen Walin**_____
                Date                                        **Karen Walin 6192832**
                                                           **Chicago Legal, LLC**
                                                           **3833 S. Harlem Ave.**
                                                           **Berwyn, IL  60402-0000**
                                                           **(708) 795-7000  Fax: (708) 788-8942**
                                                           **kwalin@chicagolegalllc.com**

© 1983-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**Northern District of Illinois**

| | |
|---|---|
| **IN RE:** | Case No. _____ |
| Van Noort, Robert _____ | Chapter **7** _____ |
| Debtor(s) | |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

Property No. 1

| **Creditor's Name:**<br>Harris Bank | **Describe Property Securing Debt:** |
|---|---|

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

---

Property No. 2 (if necessary)

| **Creditor's Name:**<br>Harris NA | **Describe Property Securing Debt:**<br>20519 Abbey Drive, Frankfort, IL  60423 |
|---|---|

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

Property No. 1

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |
|---|---|---|

Property No. 2 (if necessary)

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |
|---|---|---|

____**1** continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: ____**February 21, 2012**____   ***/s/ Robert Van Noort***
Signature of Debtor

_____
Signature of Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

Property No. 3

| **Creditor's Name:**<br>**US Bank National Association** | **Describe Property Securing Debt:**<br>**20519 Abbey Drive, Frankfort, IL  60423** |
|---|---|

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

Property No.

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

Property No.

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Continuation

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |
|---|---|---|

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |
|---|---|---|

Continuation sheet __1__ of __1__

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                                      Case No. _____

<u>Van Noort, Robert</u> _____    Chapter **7** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____**186**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **February 21, 2012** _____    **/s/ Robert Van Noort** _____
                                            Debtor

                                            _____
                                            Joint Debtor

© 1983-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Van Noort, Robert
20519 Abbey Drive
Frankfort, IL  60423

Aloha Cleaning Services Inc
25621 S Dixie Hwy Unit 4
Crete, IL  60417

Automatit
5931 N Oracle Rd Suite 201
Tucson, AZ  85704

Chicago Legal, LLC
3833 S. Harlem Ave.
Berwyn, IL  60402-0000

Amalfi Group Inc
P O Box 1655
Lake Ozark, MO  65049

Bank Of America
BK Dept
P O Box 15726
Wilmington, DE  19886-5026

A And D Window Cleaning
8810 Robin Ct
Hickory Hills, IL  60457

Ameren UE Connecting Missouri
P O Box 66529
Saint Louis, MO  63166

Berkley Appliance Inc
332 Miller St
Beecher, IL  60401

ABC Amega Inc
1100 Main St
Buffalo, NY  14209

American Express Bank Fsb
C/O Blitt & Gaines P C
661 Glenn Ave
Wheeling, IL  60090

Berkley Net Underwriters
P O Box 535080
Atlanta, GA  30353

Accounts Recovery Bureau Inc
Re St Margaret Mercy
P O Box 6768
Wyomissing, PA  19610

AMO Recoveries
Re Assoc In Professional Counseling
P O Box 926100
Norcross, GA  30010

Biehl And Biehl Inc
P O Box 87410
Carol Stream, IL  60188

Accurate Document Destruction Inc
2500 Landmeir Rd
Elk Grove Village, IL  60007

Amsher Collection
Mainstreet Acquisition Corp
600 Beacon Pkwy W Ste 300
Birmingham, AL  35209-3114

Bills Lawn Maintenance And Landscaping
P O Box 662
Frankfort, IL  60423

Advanta Business Cards
C/O Phillips & Cohen Assoc Ltd
1002 Justison St
Wilmington, DE  19801

Arnold Scott Harris P C
For Nicor Gas
222 Merchandise Mart Plaza Ste 1932
Chicago, IL  60654

Blue Moon Marina And Yacht Club
P O Box 1149
Osage Beach, MO  65065

Advocate South Suburban Hospital
Patient Financial Services
P O Box 129
Lombard, IL  60148

AT And T Mobility
P O Box 6428
Carol Stream, IL  60197

Boss Electric Inc
16020 Suntone Dr Unit A
South Holland, IL  60473

Afni Inc
Re Direct TV
P O Box 3517
Bloomington, IL  61702-3517

Atradius Collections Inc
1200 Arlington Heights Rd Suite 410
Itsca, IL  60143

Brennan And Clark Ltd
721 E Madison Suite 200
Villa Park, IL  60181

All About Plumbing
1705 Wispering Oaks
Plainfield, IL  60586

Autobahn Country Club
3795 South Patterson Rd
Joliet, IL  60436

Bruggeman, Hurst  Assoc., P.C.
20012 Wolf Road, Suite 200
Mokena, IL  60448

**Builders Heating And Cooling**
**4633 W 138th St**
**Crestwood, IL  60445**

**Chase Auto Finance**
**National Recovery Group**
**P O Box 29505**
**Phoenix, AZ  85038-9505**

**Creditors Discount And Audit Co**
**415 E Main St**
**P O Box 213**
**Streator, IL  61364**

**Burke Costanza And Carberry LLP**
**9191 Broadway**
**Merriville, IN  46410**

**Clipper Magazine**
**3708 Hempland Rd**
**P O Box 610**
**Mountville, PA  17554**

**Crestwood Group LLC**
**Re Orkin Pest Control RAC RSB**
**P O Box 22630**
**Cleveland, OH  44122**

**CAFS Financial Services**
**1146 N Main St**
**Lombard, IL  60148**

**Collection Professionals Inc**
**Re Rebecca J Crainsmith**
**723 First St**
**La Salle, IL  61301**

**Crowley & Lamb P C**
**350 N Lasatte St Ste 900**
**Chicago, IL  60654**

**Camden County Collector Of Revenue**
**1 Court Circle Suite 4**
**Camdenton, MO  65020**

**Com Ed**
**P O Box 6111**
**Carol Stream, IL  60197**

**CT Corporation**
**Chicago Corporate Service Center**
**208 South LaSalle St Suite 814**
**Chicago, IL  60604**

**Capital Management Services, LP**
**Re Chase**
**726 Exchange Street, Suite 700**
**Buffalo, NY  14210**

**Commercial Recovery Authority Inc**
**For LRH Property Maintenance**
**8309 Laurel Canyon Blvd #303**
**Sun Valley, CA  91352**

**Dekker Electirc**
**18230 Torrence Ave**
**Lansing, IL  60438**

**Caribbean Pools Inc**
**36 E Lincoln Highway**
**Schererville, IN  46375**

**Crainsmith Family Medicine**
**19162 S 88th Ave**
**Mokena, IL  60448**

**Delta Sleep Inc**
**3510 Hobson Rd Suite 202**
**Woodridge, IL  60139**

**CB Services**
**P O Box 4127**
**Fort Walton BE, FL  32549**

**CRB**
**Re Automated Transaction**
**5834 Monroe St Suite A142**
**Sylvania, OH  43560**

**Department of Education**
**400 Maryland Ave SW**
**Washington, DC  20202**

**CBE Group**
**Re Direct TV**
**PO Box 900**
**Waterloo, IA  50704**

**Credit Collection Services**
**Re Country Insurance And Financial Serv**
**Two Wells Ave Dept 9134**
**Newton, MA  02459**

**Dex**
**P O Box 660835**
**Dallas, TX  75266**

**CDA/Pontiac**
**Re Medical**
**415 E Main PO Box 213**
**Streator, IL  61364**

**Credit Collection Services**
**Re Quest Diagnostics**
**Two Wells Ave Dept 9134**
**Newton, MA  02459**

**Dex One**
**1615 Bluff City Highway**
**Bristol, TN  37620**

**Charter One**
**480 Jefferson Blvd RJE 135**
**Warwick, RI  02886**

**Credit Management Control, Inc.**
**Re Charter Communications**
**PO Box 1654**
**Green Bay, WI  54305-1654**

**Directtv**
**P O Box 60036**
**Los Angeles, CA  90060-0036**

Edward Hospital
801 South Washington St
Naperville, IL  60540

Harris & Harris Ltd
Re Palos Community Hospital
222 Merchandise Mart
Chicago, IL  60654

Howard & Howard Attorneys PLLC
For First National Bank Of McHenry
200 S Michigan Ste 1100
Chicago, IL  60603

Expert Plan Inc
P O Box 62221
Baltimore, MD  21264

Harris Bank
PO Box 5043
Rolling Meadows, IL  60008

ICS Collection Service
Re Northwestern Med Faculty Foundation
P O Box 1010
Tinley Park, IL  60477-9110

First National Bank Of McHenry
P O Box 338
McHenry, IL  60051

Harris NA
111 W Monroe St
Chicago, IL  60603-4095

Illinois Coffee Service Inc
1163 N Ellsworth
Villa Park, IL  60181

Franciscan St Margaret Health
2434 Interstate Plaza Dr Suite 2
Hammond, IN  46324

Hartford Meiers Inc
1301 W 22nd St Suite 503
Oak Brook, IL  60523

Illinois Depart Of Employment Security
33 S State Street
Chicago, IL  60680

Freedland Lorenzini & Assoc Ltd
For Royal Savings Bank
1900 Spring Rd Ste 501
Oak Brook, IL  60523

High Street Pharmacy
2320 High Street
Blue Island, IL  60406

Illinois Department Of Revenue
PO Box 19035
Springfield, IL  62794-9035

GC Services Limited Partnership
For IDES
6330 Gulfton
Houston, TX  77081

Hinckley Springs
P O Box 660579
Dallas, TX  75266

Illinois Paper And Copier Co
6 Territorial Ct
Bolingbrook, IL  60440

General Binding Corp
P O Box 71361
Chicago, IL  60694

Holland & Knight LLP
For MB Financial Bank NA
131 S Dearborn 3th FL
Chicago, IL  60603

ING Lam MD
P O Box 784
Tineley Park, IL  60477

General Casualty Insurance Company
P O Box 3109
Milwaukee, WI  53201

Home Pages
P O Box 982
DeKalb, IL  60115

Ingalls Memorial Hospital
Correspondence Address
P O Box 5995
Peoria, IL  61601

Glencove Lake Of The Ozarks
P O Box 759
Lake Ozark, MO  65049

Homewood Disposal Service Inc
1501 W 175th St
Homewood, IL  60430

Internal Revenue Service
P O Box 7346
Philadelphia, PA  19101-7346

Greene & Letts
For The Provident Bank
111 W Washington St Ste 1650
Chicago, IL  60602

Houston Partners International
15508 W Bell Rd Suite 101 No 247
Surprise, AZ  85374

Jolas & Assoc
Re Surgical Specialists Sc
202 2st St NW P O Box 4000
Mason City, IA  50401

Joliet Water Reconditioning
P O Box 2576
Joliet, IL  60434

Marinemax East Inc
3070 Bagnell Dam Blvd
Lake Ozark, MO  65049

Midwest Hand Surgery SC
62025 Collections Center Dr
Chicago, IL  60693

JP Morgan Chase Bank
P O Box 24696
Columbus, OH  43224-4696

Markoff Krasny LLC
For Video Max Inc
29 N Wacker Drive #550
Chicago, IL  60606

Millennium Leasing & Financial Serv
1146 N Main St
Lombard, IL  60148

Kole Digital Systems Inc
10355 W Lincoln Highway
Frankfort, IL  60423

Mcm
8875 Acro Dr Ste 200
San Diego, CA  92123

Ming T Lin MD
3235 Vollmer Rd No 142
Flossmoor, IL  60422

Landscaping Illumination
304 E 316 North Unit B
Valparaiso, IN  46383

McMahan & Sigunick Ltd
For Avaya Inc
412 S Wells St 6th Floor
Chicago, IL  60607

Mira Med Revenue Group LLC
Dept 77304
P O Box 77000
Detroit, MI  48277-0304

Laraway Center LLC
750 Center Rd
Frankfort, IL  60423

McShanes Business Products And
Solutions
1844 45th St
Munster, IN  46321

MSJM Inc
14746 Aster Lane
Homer Glen, IL  60491

Last Chance Auto
8450 W 191st St
Mokena, IL  60448

MCSI
Re Village Of Harwood Heights
7330 College Dr
Palos Heights, IL  60463

Murphy Lomon & Assoc
For Homewood Disposal Service Inc
P O Box 2206
Des Plaines, IL  60017-2206

Liquidebt Systems Inc
29W Butterfield Rd Suite 102
Warrenville, IL  60555

Medical Business Bureau
Re SSH Anesthesia
PO Box 1219
Park Ridge, IL  60068

MurphyLoman And Associates
P O Box 2206
Des Plaines, IL  60017

LKQ A Reliable
2247 W 139th St
Blue Island, IL  60406

Medical Recovery Specialists Inc
Re Ingalls Memorial Hospital
2250 E Devon Ave Ste 352
Des Plaines, IL  60018-4519

Nationwide Credit Inc
Re Direct TV
2015 Vaughn Rd NW Ste 400
Kennesaw, GA  30144

LRH Property Maintenance Inc
P O Box 552
Lansing, IL  60438

Medical Recovery Specialists Inc
Re Midwest Diagnostic Pathology
2250 E Devon Ave Ste 352
Des Plaines, IL  60018-4519

Nicor Gas
Attn Bankruptcy Dept
P O Box 549
Aurora, IL  60507

Malcolm S Gerald And Assoc
Re Trace Ambulance Service Inc
332 S Michigan Ave Ste 600
Chicago, IL  60604

Medicredit Inc
P O Box 411187
St Louis, MO  63141

Northwestern Memorial Hospital
P O Box 73690
Chicago, IL  60673

NuWay Disposal Service Inc
P O Box 9
Mokena, IL  60448

Pierce Reisbeck And Assoc LLP
16W485 S Frontage Rd Suite 310
Burr Ridge, IL  60527

Quest Diagnostics
P O Box 64804
Baltimore, MD  21264

NW Collector
Re Medical
3601 Algonquin Rd
Rolling Meadows, IL  60008

Plaza Recovery Inc
Re JP Morgan Chase Bank
P O Box 18008
Hauppauge, NY  11788

Quill
P O Box 37600
Philadelphia, PA  19101

On The Move
P O Box 1137
Boerne, TX  78006

Plumbing Express Inc
9526 Corsair Rd
Frankfort, IL  60423

Radiology Imaging Consultants
9413 Eagle Way
Chicago, IL  60678

On Track Overhead Doors And Epoxy
Floors
16606 W Cherry Creek Cout
Joliet, IL  60433

Pointe Pest Control
1275 Roosevelt Rd Suite 118
West Chicago, IL  60185

Receivable Management
3348 Ridge Rd
Lansing, IL  60438

Open Tech Alliance Inc
2501 W Dunlap Ave Suite 150
Phoenix, AZ  85021

Polar Heating And Air Conditioning Inc
13361 Southwest Highway Unit 2
Orland Park, IL  60462

Reids Fire And Safety Equipment
P O Box 204
Lansing, IL  60438

Orkin Exterminating Inc
4201 W 36th St
Chicago, IL  60632

Powell And Martello PC
Oral Surgery Center
10241 West Lincoln Highway
Frankfort, IL  60423

Riverside Medical Ctr
Drs Mann And Ahmed
1905 W Court St
Kankakee, IL  60901

Overpayment Recovery Services
Re Aetna
P O Box 291269
Nashville, TN  37229

Praxis Financial Solutions
For HSBC Bank Nevada
7331 N Lincoln Ave Ste 8
Lincolnwood, IL  60712-1704

RMS
Re United Healthcare
4836 Brecksville Rd
Richield, OH  44286

Palos Community Hospital
12251 S 80th Ave
Palos Heights, IL  60463

Pressley Property Management
Re The Grand Meridian Condo Owners
Assoc
P O Box 674
Lake Ozark, IL  65049

Roeda Signs And Screentech
16931 S State St
South Holland, IL  60473

Pem
9944 South Roberts Rd Suite 204
Palos Hills, IL  60465

Professional Counseling Service
17732 Oak Park Ave
Tineley Park, IL  60423

Rollins Service Bureau
P O Box 13230
Atlanta, GA  30324

Phillips & Cohen Assoc
For Advanta Business Cards
Mail Stop 109 1002 Justison St
Wilmington, DE  19801

Pronger Smith Clinic
2320 High Street
Blue Island, IL  60406

Ross Gelfand LLC
Main Street Acquisition Corp
P O Box 1870
Roswell, GA  30077

Safeway Inc
P O Box 173795
Denver, CO  80217

St Margaret Mercy ER PHYS
P O Box 291805
Kettering, OH  45429

Trace Ambulance Service Inc
8076 Solutions Center
Chicago, IL  60677

Sandrick Law Firm LLC
1581 Huntington Dr
Calumet City, IL  60409

State Farm Bank
PO Box 2328
Bloomington, IL  61702-2328

Transworld Systems Inc
Re Pointe Pest Control
PO Box 12103
Trenton, NJ  08650

Schwarz Supply Source
P O Box 75886
Chicago, IL  60675

Sterling Trust Company
P O Box 2526
Waco, TX  76702

Transworld Systems Inc
Re Oberweis Dairy
PO Box 12103
Trenton, NJ  08650

Silver Cross Hospital
1200 Maple Road
Joliet, IL  60434-0100

Sullivan Urgent Aid Centers LTD
Dept 20 6001
P O Box 5990
Carol Stream, IL  60197

Transworld Systems Inc
Re Southwest Fireplace
PO Box 12103
Trenton, NJ  08650

Simon Galasso & Frantz LLC
For RBS Citizens NA D/B/A Charger One
1 S Dearbern Ste 2100
Chicago, IL  60603

TBF Financial LLC
740 Waukegan Rd Suite 404
Deerfield, IL  60015

TTS Granite
3995 Hleman Ave
Steger, IL  60475

SMD Software Inc
3000 Highwoods Blvd Suite 120
Raleigh, NC  27604

Tech Credit Union
10951 Broadway
Crown Point, IN  46307

United Collection Bureau Inc
Re Verizon
5620 Southwyck Blvd Ste 206
Toledo, OH  43614

Southtownstar
6971 Paysphere Circle
Chicago, IL  60674

The Grand Meridian Condo Owners Assoc
P O Box 520
Lake Ozark, MO  65049

United Healthcare Services
Oldsmar Small Group
P O Box 740800
Atlanta, GA  30374

Southwest Credit
Re Comcast
4120 International Parkway Suite 1100
Carrolton, TX  75007

The Times
C/O Lee Newspapers
P O Box 742548
Cincinnati, OH  45274

US Bank National Association
C/O Pierce & Associates
1 N Dearborn
Chicago, IL  60602

Southwest Suburban Home Builders Assoc
10767 W 163rd Place
Orland Park, IL  60467

Thomas Solarworks
106 S Water St
Wilmington, IL  60481

Vallabh Patel Md
555 W Court St Suite 400
Kankakee, IL  60901

Special Touch Cleaning Co
24150 Harvest Hills Rd
Frankfort, IL  60423

Tom Killoran Photography
11316 South Harlem Ave
Worth, IL  60482

Verizon Wireless
777 Big Timber Road
Elgin, IL  60123

**Viking Collection Service Inc**
**For Bank Of America**
**7500 Office Ridge Circle**
**Eden Prairie, MN  55344-3678**

**Village Of Lansing**
**3141 Ridge Rd**
**Lansing, IL  60438**

**Village Of Mokena**
**1104 Carpenter St**
**Mokena, IL  60448**

**Weissmann Zucker Euster P C**
**One Security Centre**
**3490 Piedmont Rd Suite 650**
**Atlanta, GA  30305**

**Wells Fargo Financial**
**PO Box 10475**
**Des Moines, IA  50306**

**Wessels Sherman**
**Dunham Center**
**2035 Foxfield Rd**
**St Charles, IL  60474**

**West Bend Mutual Insurance**
**1900 S 18th Ave**
**West Bend, WI  53095**

**Yellowbook**
**P O Box 3162**
**Cedar Rapids, IA  52406**

B201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. <u>The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors</u>

### <u>Chapter 7</u>: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

B201A (Form 201A) (11/11)                                                                                                  Page 2

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

      Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

      Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

      Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

      After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

      Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

      Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

      A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                      Case No. _____

Van Noort, Robert _____    Chapter **7** _____
                         Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____    _____
Printed Name and title, if any, of Bankruptcy Petition Preparer     Social Security number (If the bankruptcy
Address:                                                             petition preparer is not an individual, state
_____     the Social Security number of the officer,
_____     principal, responsible person, or partner of
_____     the bankruptcy petition preparer.)
                                                                     (Required by 11 U.S.C. § 110.)
**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Van Noort, Robert _____    **X** */s/ Robert Van Noort* _____    **2/21/2012**
Printed Name(s) of Debtor(s)                      Signature of Debtor                            Date

Case No. (if known) _____    **X** _____
                                                    Signature of Joint Debtor (if any)            Date

_____

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only